Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
37 South Wenatchee Avenue, Suite F
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON
NOVEMBER 4, 2018, 6:30 P.M.
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager, and their officers, agents, employees, and successors,<br><br>Defendants. | NO. 2:18-cv-00178-RMP<br><br>**DEFENDANTS' MOTION TO SEAL** |

DEFENDANTS' MOTION TO SEAL
Page 1

Carlson & McMahon, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

COMES NOW, Defendants, by and through their attorney of record, PATRICK MCMAHON of CARLSON & MCMAHON, PLLC, and hereby moves this Court for an Order Sealing Exhibit No. 3 (ECF No. 14) to the Declaration of Patrick McMahon (ECF No. 16).

Exhibit No. 3 is a confidential medical record and it is necessary to respond to the Court's inquiry regarding the appointment of a Guardian ad Litem for the Plaintiff. As such, this Court should seal this Exhibit as it is not appropriate for a public dissemination.

RESPECTFULLY SUBMITTED THIS 4TH day of OCTOBER, 2018.

CARLSON & McMAHON, PLLC

By   /s/ Patrick McMahon
     PATRICK MCMAHON, WSBA #18809
     Attorney for Defendants

37 South Wenatchee Avenue, Suite F
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

WCRP05-02450\PLE Federal\MOTION TO SEAL-100418

DEFENDANTS' MOTION TO SEAL
Page 2

Carlson & McMahon, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on October 4, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Andrew S. Biviano  abiviano@pt-law.com
Breean L. Beggs  bbeggs@pt-law.com
Mary Elizabeth Dillon  bdillon@pt-law.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on OCTOBER 4, 2018.

/s/    Patrick McMahon
PATRICK MCMAHON, WSBA #18809

DEFENDANTS' MOTION TO SEAL
Page 3

Carlson & McMahon, PLLC
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679