1

2

3

Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

4

5

6

7

8

THE HONORABLE ROSANNA MALOUF PETERSON

9

## UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF WASHINGTON

11

12

JOSHUA BRENT STULLER,
individually and on behalf of all others
similarly situated,

13

14

                  **Plaintiff,**

15

16

     vs.

17

CHELAN COUNTY, WASHINGTON;
BILL LARSEN, in his official capacity as
Interim Director of the Chelan County
Regional Justice Center; LESLIE
CARLSON, in her official capacity as the
Chelan County Regional Justice Center
Mental Health Manager, and their officers,
agents, employees, and successors,

18

19

20

21

22

23

24

                 **Defendants.**

25

**NO. 2:18-cv-00178-RMP**

**ANSWER AND
AFFIRMATIVE DEFENSES
TO PLAINTIFF'S FIRST
AMENDED COMPLAINT FOR
DAMAGES AND INJUNCTIVE
AND DECLARATORY
RELIFE FOR VIOLATIONS
OF CIVIL RIGHTS AND
DEMAND FOR JURY**

26

      COME NOW, Defendants, above-named, (hereinafter referred to as "this

27

28

Defendant"), by and through their attorney of record, Patrick McMahon of

29

30

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 1

Carlson & McMahon, PLLC, and hereby submit their answer to the Plaintiff's First Amended Complaint for Damages.

## I.   INTRODUCTION

1.1   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 1.1 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

1.2   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 1.2 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

1.3   This Defendant admits that Defendants were acting under color of state law in operating the CCRJC and implementing policies, patterns, practices, and customs.   However, this Defendant denies the remaining allegations contained in Paragraph 1.3 of Plaintiff's First Amended Complaint for Damages.

1.4   This Defendant denies Paragraph 1.4 of Plaintiff's First Amended Complaint for Damages.

1.5   This Defendant denies that Defendants were unlawful or that they failed to exercise appropriate supervisory authority over the CCRJC in preventing the psychological injury and deterioration of the most vulnerable in their care. This Defendant having insufficient information, knowledge or belief to either admit or deny the remaining allegations contained in Paragraph 1.5 of Plaintiff's

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

First Amended Complaint for Damages, denies all remaining allegations contained therein.

1.6    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 1.6 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

1.7    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 1.7 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

1.8    This Defendant denies the allegations contained in Paragraph 1.8 of Plaintiff's First Amended Complaint for Damages.

## II.    PARTIES

### A. NAMED PLAINTIFF

2.1    This Defendant admits that Plaintiff was incarcerated in CCRJC for thirteen months.    However, this Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 2.1 of Plaintiff's First Amended Complaint for Damages, denies all remaining allegations contained therein.

2.2    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 2.2 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 3

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

## B.    **DEFENDANTS**

2.3    This Defendant admits Paragraph 2.3 of Plaintiff's First Amended Complaint for Damages.

2.4    This Defendant admits Paragraph 2.4 of Plaintiff's First Amended Complaint for Damages.

2.5    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 2.5 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

## III.  JURISDICTION AND VENUE

3.1    This Defendant admits Paragraph 3.1 of Plaintiff's First Amended Complaint for Damages.

3.2    This Defendant admits Paragraph 3.2 of Plaintiff's First Amended Complaint for Damages.

## IV.  FACTUAL ALLEGATIONS

### A. Solitary Confinement is a Form of Torture that Causes Devastating and Permanent Damage.

4.1    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.1 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

4.2    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.2 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.3    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.3 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.4    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.4 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.5    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.5 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.6    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.6 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.7    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.7 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.8    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.8 (a-e) of

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.9    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.9 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

### B. Defendants Have an Official Policy and Practice of Subjecting Inmates to Solitary Confinement Based Solely on Their Disability.

4.10    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.10 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.11    This Defendant denies Paragraph 4.11 of Plaintiff's First Amended Complaint for Damages.

4.12    This Defendant admits Paragraph 4.12 of Plaintiff's First Amended Complaint for Damages.

4.13    This Defendant admits Paragraph 4.12 of Plaintiff's First Amended Complaint for Damages.

4.14    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.14 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 6

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## C. Defendants Fail to Provide Adequate Medical and Mental Health Care.

4.15    This Defendant denies Paragraph 4.15 of Plaintiff's First Amended Complaint for Damages.

4.16    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.16 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.17    This Defendant denies Paragraph 4.17 of Plaintiff's First Amended Complaint for Damages.

4.18    This Defendant denies Paragraph 4.18 of Plaintiff's First Amended Complaint for Damages.

4.19    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.19 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.20    This Defendant denies Paragraph 4.20 of Plaintiff's First Amended Complaint for Damages.

4.21    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.21 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

4.22   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.22 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.23   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.23 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.24   This Defendant denies Paragraph 4.24 of Plaintiff's First Amended Complaint for Damages.

4.25   This Defendant denies Paragraph 4.25 of Plaintiff's First Amended Complaint for Damages.

**D.     Plaintiff Suffered Injury as a Result of Defendants' Actions.**

4.26   This Defendant admits Paragraph 4.26 of Plaintiff's First Amended Complaint for Damages.

4.27   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.27 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.28   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.28 of

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.29   This Defendant denies Paragraph 4.29 of Plaintiff's First Amended Complaint for Damages.

4.30   This Defendant denies Paragraph 4.30 of Plaintiff's First Amended Complaint for Damages.

4.31   This Defendant denies Paragraph 4.31 of Plaintiff's First Amended Complaint for Damages.

4.32   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.32 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.33   This Defendant denies Paragraph 4.33 of Plaintiff's First Amended Complaint for Damages.

4.34   This Defendant denies Paragraph 4.34 of Plaintiff's First Amended Complaint for Damages.

4.35   This Defendant admits Paragraph 4.35 of Plaintiff's First Amended Complaint for Damages.

4.36   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.36 of

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.37  This Defendant denies Paragraph 4.37 of Plaintiff's First Amended Complaint for Damages.

4.38  This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.38 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.39  This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.39 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.40  This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.40 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.41  This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.41 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

4.42   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.42 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.43   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.43 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

4.44   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 4.44 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

## V.  CLASS ACTION ALLEGATIONS

5.1   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 5.1 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

5.2   This Defendant denies Paragraph 5.2 of Plaintiff's First Amended Complaint for Damages.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

5.3     This Defendant denies Paragraph 5.3 of Plaintiff's First Amended Complaint for Damages.

5.4     This Defendant denies Paragraph 5.4 of Plaintiff's First Amended Complaint for Damages.

5.5     This Defendant denies Paragraph 5.5 of Plaintiff's First Amended Complaint for Damages.

5.6     This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 5.6 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

5.7     This Defendant denies Paragraph 5.7 of Plaintiff's First Amended Complaint for Damages.

## VI.  CAUSES OF ACTION

### COUNT ONE

**Violation of The Eighth Amendment to the U.S. Constitution**
**(42 U.S.C. § 1983)**

6.1     This Defendant denies Paragraph 6.1 of Plaintiff's First Amended Complaint for Damages.

6.2     This Defendant admits Paragraph 6.2 of Plaintiff's First Amended Complaint for Damages.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

6.3     This Defendant denies Paragraph 6.3 of Plaintiff's First Amended Complaint for Damages.

6.4     This Defendant denies Paragraph 6.4 of Plaintiff's First Amended Complaint for Damages.

6.5     This Defendant denies Paragraph 6.5 of Plaintiff's First Amended Complaint for Damages.

6.6     This Defendant denies Paragraph 6.6 of Plaintiff's First Amended Complaint for Damages.

## COUNT TWO

### Violation of The Fourteenth Amendment to the U.S. Constitution (42 U.S.C. § 1983)

6.7     This Defendant denies Paragraph 6.7 of Plaintiff's First Amended Complaint for Damages.

6.8     This Defendant admits Paragraph 6.8 of Plaintiff's First Amended Complaint for Damages.

6.9     This Defendant denies Paragraph 6.9 of Plaintiff's First Amended Complaint for Damages.

6.10    This Defendant denies Paragraph 6.10 of Plaintiff's First Amended Complaint for Damages.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

6.11   This Defendant denies Paragraph 6.11 of Plaintiff's First Amended Complaint for Damages.

6.12   This Defendant denies Paragraph 6.12 of Plaintiff's First Amended Complaint for Damages.

## COUNT THREE

### Violation of The Americans with Disabilities Act
### (42 U.S.C. § 12132 et.seq.)

6.13   This Defendant admits Paragraph 6.13 of Plaintiff's First Amended Complaint for Damages.

6.14   This Defendant admits Paragraph 6.14 of Plaintiff's First Amended Complaint for Damages.

6.15   This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 6.15 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

6.16   This Defendant admits Paragraph 6.16 of Plaintiff's First Amended Complaint for Damages.

6.17   This Defendant denies Paragraph 6.17 of Plaintiff's First Amended Complaint for Damages.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

## COUNT FOUR

### Violation of the Rehabilitation Act
### (29 U.S.C. § 794)

6.18    This Defendant admits Paragraph 6.18 of Plaintiff's First Amended Complaint for Damages.

6.19    This Defendant admits Paragraph 6.19 of Plaintiff's First Amended Complaint for Damages.

6.20    This Defendant admits Paragraph 6.20 of Plaintiff's First Amended Complaint for Damages.

6.21    This Defendant having insufficient information, knowledge or belief to either admit or deny the allegations contained in Paragraph 6.21 of Plaintiff's First Amended Complaint for Damages, denies all allegations contained therein.

6.22    This Defendant denies Paragraph 6.22 of Plaintiff's First Amended Complaint for Damages.

### VII. PRAYER FOR RELIEF

A-H    This Defendant denies Paragraphs VII A through H of Plaintiff's First Amended Complaint for Damages.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

# **AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defenses, this Defendant alleges the following:

## **I.**

As a First Affirmative Defense, this Defendant alleges that Plaintiff failed to state a claim upon which relief may be granted.

## **II.**

As a Second Affirmative Defense, this Defendant alleges that they are shielded from liability by the Doctrine of Qualified Immunity.

## **III.**

As a Third Affirmative Defense, this Defendant alleges that Plaintiff's claims are barred by the Doctrine of Waiver.

## **IV.**

As a Fourth Affirmative Defense, this Defendant alleges that the Plaintiff assumed the risk of harm.

## **V.**

As a Fifth Affirmative Defense, this Defendant specifically reserves the right to add affirmative defenses, empty chair defendants, counterclaims, cross-claims, and third-party claims as they become known through the process of discovery.

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

1
2

## JURY DEMAND

3

4          This Defendant hereby requests that this case be tried before a jury

5 pursuant to FRCP 38.

6          WHEREFORE, this Defendant having fully answered the Plaintiff's First

7
8 Amended Complaint for Damages and prays that the same be dismissed with

9 prejudice and that this Defendant have and recover costs expended herein.

10          RESPECTFULLY SUBMITTED THIS 19th day of DECEMBER, 2018.

11
12                              CARLSON & McMAHON, PLLC

13                              By ___/s/ Patrick McMahon_____
14                                      PATRICK MCMAHON, WSBA #18809
15                                      Attorney for Defendants

16                                      715 Washington Street
17                                      P.O. Box 2965
18                                      Wenatchee, WA  98807-2965
19                                      509-662-6131
20                                      509-663-0679 Facsimile
                                        patm@carlson-mcmahon.org
21
22
23 WCRP05-02450\PLE Federal\ANSWER 12-19-18
24
25
26
27
28
29
30

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 17

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on December 19, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Andrew S. Biviano abiviano@pt-law.com

Breean L. Beggs bbeggs@pt-law.com

Mary Elizabeth Dillon bdillon@pt-law.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on December 19, 2018.

_____/s/_____ Patrick McMahon_____

PATRICK MCMAHON, WSBA #18809

DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AND DEMAND FOR JURY
Page 18

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679