Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager; and their officers, agents, employees, and successors,<br><br>Defendants. | NO. 2:18-cv-00178-RMP<br><br>**STIPULATION** |

STIPULATION

Page 1 of 2

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

## STIPULATION

COMES NOW the parties, by and through their attorney of record, and hereby Stipulate to the following:

1. Plaintiff Stuller will dismiss his proposed Class Action claim in the above-referenced matter. Mr. Stuller will agree to not participate in any Class Action arising from the same transaction or occurrences as alleged in his Complaint.

2. Plaintiff will file an Amended Complaint withdrawing the proposed Class Action cause of action and claim.

3. Plaintiff and Defendants will agree to Mediate in good faith all remaining claims with Teresa Wakeen in Seattle at a mutually convenient date.

4. Ninety (90) days prior to the scheduled Mediation date, Plaintiff will provide Defendants with a list of proposed jail reforms or changes to be discussed at Mediation.

DATED this 27th day of March, 2019.    DATED this 20th day of March, 2019.

CARLSON &, McMAHON, PLLC    PAUKERT & TROPPMANN, PLLC

By: _____    By: _____
PATRICK McMAHON, WSBA #18809    ANDREW S. BIVIANO, WSBA #38086
Attorney for Defendants    Attorney for Plaintiff

WCRP05-02450\PLE\STPULATION-032119

STIPULATION

Page 2 of 2

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

*[signatures]*