Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON
MAY 14, 2019 AT 6:30 P.M.
WITHOUT ORAL ARGUMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager; and their officers, agents, employees, and successors,<br><br>Defendants. | NO. 2:18-cv-00178-RMP<br><br>**DECLARATION OF PATRICK MCMAHON SUPPORTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF PLAINTIFF'S HIGH SCHOOL RECORDS** |

DECLARATION OF PATRICK MCMAHON
Page 1

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

I, Patrick McMahon, being first duly sworn under oath, declare that the following is true and correct.

1.  I am the lead defense attorney in the above-referenced matter and I am authorized on behalf of my clients to submit this Declaration supporting Defendants' Motion to Compel Production of Plaintiff Joshua Stuller's high school and community college records.

2.  The matters set forth in my Declaration are based on my personal knowledge and I am competent to testify to the matters stated herein.

3.  On February 27, 2019, Interim Director of the Chelan County Regional Justice Center, Bill Larsen, propounded to Plaintiff, Joshua Brent Stuller, his First Set of Interrogatories and Request for Production of Documents. (See **Exhibit No. 1**).

4.  On April 8, 2019, I contacted Plaintiff Counsel Andrew Biviano to discuss that these interrogatories and request for production were past due and outstanding and to discuss when we would receive answers. (**See Exhibit No. 2**).

5.  During this discovery telephone conference, I was advised by Plaintiff Counsel Biviano that he would not be producing his client's high school records from Wenatchee High School or Westside High School, which is an alternative high school in the City of Wenatchee.

DECLARATION OF PATRICK MCMAHON
Page 2

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

6.    I discussed with Plaintiff Counsel Biviano that the records would be part of the overall background of the Plaintiff provided to our psychiatrist/psychologist who will be selected to perform an independent evaluation of the Plaintiff relating to his claim for damages.

7.    I was informed by Plaintiff Counsel Biviano that I would need to do a Motion to Compel in order to receive an Order from the Court to obtain these records.

RESPECTFULLY SUBMITTED THIS 11TH day of APRIL, 2019.

CARLSON & McMAHON, PLLC

By   /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809
Attorney for Defendants

715 Washington Street / P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

WCRP05-02450\PLE Federal\DEC PM SUPP MTN TO COMPEL PRODUCTION OF SCHOOL RECORDS.4-11-19

DECLARATION OF PATRICK MCMAHON
Page 3

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on April 11, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

Andrew S. Biviano abiviano@pt-law.com
Breean L. Beggs bbeggs@pt-law.com
Mary Elizabeth Dillon bdillon@pt-law.com
Elizabeth A Adams eadams@terrellmarshall.com
Toby James Marshall tmarshall@terrellmarshall.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on April 11, 2019.

          /s/    Patrick McMahon
PATRICK MCMAHON, WSBA #18809

DECLARATION OF PATRICK MCMAHON
Page 4

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679

Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager, and their officers, agents, employees, and successors,<br><br>Defendants. | NO. 2:18-CV-00178-RMP<br><br>DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER |

TO: JOSHUA BRENT STULLER, Plaintiff

AND TO: ANDREW S. BIVIANO, BREEAN L. BEGGS and
MARY ELIZABETH DILLON, Attorneys for Plaintiff

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF
THE CHELAN COUNTY REGIONAL JUSTICE
CENTER'S, FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO PLAINTIFF JOSHUA BRENT
STULLER
Page 1

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

EXHIBIT ___1___

AND TO:   TOBY J. MARSHALL and ELIZABETH A. ADAMS, "CLASS ACTION" Attorneys for Plaintiff

## I.

## DEFINITIONS AND PROCEDURES

### A. PROCEDURES.

Pursuant to Federal Rules of Civil Procedure, DEFENDANT BILL LARSEN, Interim Director of the Chelan County Regional Justice Center, requests that Plaintiff answer the following Interrogatories and respond to the following Requests for Production within thirty (30) days after service in accordance with FRCP 33 and 34, to the law offices of Carlson & McMahon, PLLC, 715 Washington Street, P.O. Box 2965, Wenatchee, WA 98807-2965.

### B. SCOPE OF ANSWERS.

By use of the pronoun "you" or the noun "plaintiff" or "plaintiffs" it is intended that the answers are to include all information known to the persons to whom the Interrogatories are directed, their officers and employees, agents, attorneys and investigators.

### C. DOCUMENT.

As used herein, the word "document" shall mean the original and any copy, regardless of origin or location of any book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, handwritten note, map, drawing,

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF
THE CHELAN COUNTY REGIONAL JUSTICE
CENTER'S, FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO PLAINTIFF JOSHUA BRENT
STULLER
Page 2

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

working paper, chart, paper, graph, index, tape, data sheet or data processing card, or any other written, recorded, transcribed, punched, taped, filmed, photographic or graphic matter, however produced or reproduced, to which you have or have had access.

### D.  IDENTIFY OR IDENTITY.

As used herein, "identify" or "identity" used in reference to an individual person means to state his full name and present address, his present or last-known position and business affiliation, and his position and business affiliation at the time in question. "Identify" or "identity" when used in reference to a document means to state the date and author, type of document (e.g., letter, memorandum, telegram, chart, etc.) or some other means of identifying it, and its present location or custodian. If any such document was, but is no longer in your possession or subject to your control, state what disposition was made of it.

### E.  ADDITIONAL DEFINITIONS.

The phrases "the occurrence," "the alleged occurrence," "this occurrence," "the injuries," and "incident" refer to the incident which is the subject matter of this lawsuit, as described in Plaintiff's Complaint herein.

### F. DUTY TO SUPPLEMENT.

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 3

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

In accordance with FRCP 26, these Interrogatories and Requests for Production of Documents are continuing in nature and it is your duty to seasonably supplement your answers and responses thereto as required by the Federal Rules of Civil Procedure, and the Local Rules for the Eastern District of Washington.

## INTERROGATORIES

**INTERROGATORY NO. 1:** Since your Conditional Release issued on December 19, 2017, pursuant to cause number 15-1-00691-7, provide any/all entities that have treated you for chemical dependency up to and including the present time, providing the entity's name, address, and dates of treatment.

**ANSWER:**

**INTERROGATORY NO. 2:** Identify any treatment counselor or person providing treatment associated with the entity identified in the preceding interrogatory, providing the person's name, title, and professional address.

**ANSWER:**

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 4

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

**REQUEST FOR PRODUCTION NO. 1:** Produce any/all records for the entities/persons identified in the preceding interrogatories.

**RESPONSE:**

**INTERROGATORY NO. 3:** Are you a high school graduate? If yes, provide the name and address of the high school and the year of graduation.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 2:** Produce copies of your high school transcripts for the educational institution identified in the preceding interrogatory.

**RESPONSE:**

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 5

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

**INTERROGATORY NO. 4:** State any formal education or technical training you have undertaken since graduation from high school, providing the name, address, and years of attendance for each entity identified.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 3:** Produce copies of any/all transcripts from the educational institution or trade school identified in the preceding interrogatory.

**RESPONSE:**

**INTERROGATORY NO. 5:** Provide a listing of all jobs you have held since the age of eighteen (18), providing the name, address, and employer identified as well as the periods of employment for each employer identified.

**ANSWER:**

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 6

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

**INTERROGATORY NO. 6:** Since being provided Conditional Release, identify any/all jobs/employers you have made applications with, providing the name and address of any prospective employer, the occupation applied for and the date of application.

**ANSWER:**


**INTERROGATORY NO. 7:** Set forth the number of scheduled Alcoholics Anonymous meetings you have missed or were absent from and provide the date and reason for the absence.

**ANSWER:**


DATED THIS  27  day of February, 2019.

CARLSON & McMAHON, PLLC

By: _____
PATRICK McMAHON, WSBA #18809
Attorney for Defendant Bill Larsen, et al.

715 Washington Street
P.O. Box 2965
Wenatchee, WA 98807-2965
509-662-6131 / 509-663-0679 Facsimile
patm@carlson-mcmahon.org

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 7

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

STATE OF WASHINGTON    )
                       ) ss.
County of _____ )

JOSHUA BRENT STULLER, being first duly sworn on oath, deposes and says: That he is the Plaintiff in the above-entitled matter. That he has read the foregoing Answers to Interrogatories and Responses to the Requests for Production of Documents, know the contents thereof and believe the same to be true and correct.

_____
JOSHUA BRENT STULLER, Plaintiff

SUBSCRIBED AND SWORN to before me this _____ day of

_____, 2019 by JOSHUA BRENT STULLER.


_____
Typed/Printed Name _____
NOTARY PUBLIC, State of Washington
My Commission Expires: _____


Pursuant to FRCP 26(g), I, ANDREW S. BIVIANO, certify that I am the attorney for the party/ies answering discovery requests; that I have read the discovery requests propounded to plaintiff(s) and the answers and objections, if any, thereto, know the contents thereof and believe the same to be true.



_____
ANDREW S. BIVIANO, WSBA #38086
Attorney for Plaintiff


WCRP05-02450\PLE Federal\LARSEN'S 1st Rogs & RFP to P 2-27-19

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF
THE CHELAN COUNTY REGIONAL JUSTICE
CENTER'S, FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO PLAINTIFF JOSHUA BRENT
STULLER
Page 8

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on February 27, 2019, I mailed the foregoing document via U.S. Mail and/or Email to:

Andrew S. Biviano / Breean L. Beggs / Mary Elizabeth Dillon
Paukert & Troppmann, PLLC
522 W. Riverside, Suite 560
Spokane WA 99201

abiviano@pt-law.com; bbeggs@pt-law.com; bdillon@pt-law.com

Toby J. Marshall / Elizabeth A. Adams
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

tmarshall@terrellmarshall.com; eadams@terrellmarshall.com

Signed at Wenatchee, Washington on February 27, 2019.

Francesca Hansen, Legal Assistant

---

DEFENDANT BILL LARSEN, INTERIM DIRECTOR OF THE CHELAN COUNTY REGIONAL JUSTICE CENTER'S, FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF JOSHUA BRENT STULLER
Page 9

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

# Carlson & McMahon, PLLC

———— ATTORNEYS AT LAW ————

715 Washington Street
Post Office Box 2965
Wenatchee, Washington 98807-2965
Telephone: (509) 662-6131    Facsimile: (509) 663-0679

Patrick McMahon

David L. Force

Retired
Larry Carlson

VIA EMAIL and U.S. MAIL

April 8, 2019

Andrew S. Biviano
Paukert & Troppmann, PLLC
522 W. Riverside, Suite 560
Spokane WA 99201

Re:    Stuller v. Chelan Co., et al.
       United States District Court for the Eastern District
       Of Washington Cause No. 2:18-cv-00178-RMP
       - *Discovery Telephone Conference*

Dear Andrew:

This will confirm our telephone conference on April 8, 2019, regarding outstanding discovery in the above-referenced matter. Initially, thank you for taking time out of your schedule to discuss the discovery issues with my office.

First, your legal assistant will resend the disc with the attachments to our Request for Production contained in Chelan County's First Set of Interrogatories and Requests for Production of Documents. This will also confirm that you are still waiting to receive copies of medical records from the providers identified in Interrogatory No. 1 to our first set of discovery requests. It will be appreciated if you can forward whatever records you have received to date and provide those that come in at your earliest convenience.

Next, this letter will confirm our discussion regarding your reluctance to provide Joshua Stuller's school records. Specifically, I have requested his high school transcripts from Wenatchee High School and West Side High School, as well as any transcripts from Shoreline Community College. The specific requests for these documents were made in Defendant Bill Larsen's Request for Production of Documents sent to your office on February 27, 2019. The formal answers and documents are late and I assume they will be forthcoming.

EXHIBIT 2

Andrew S. Biviano
Paukert & Troppmann, PLLC
April 8, 2019
Page 2 of 2

Nevertheless, given your statement that you are refusing to provide the educational records, I will note the matter on for a discovery conference with the court, based on the position taken during our discovery conference today.

Again, thank you for forwarding the discovery disc and any records you have collected up to the present time.

Sincerely,

*Dictated but not signed to avoid delay.*

PATRICK MCMAHON
PM:fh
cc:    Doug Shae (via email)
       Susan Hinkle (via email)
       Lynda Bishop (via email)
       WCRP05-02450\LTR\BIVIANO CR 26(i) Teleconference Follow Up 4-8-19