**JUDGE ROSANNA MALOUF PETERSON**

Andrew S. Biviano, WSBA #38086
Breean L. Beggs, WSBA #20795
Mary Elizabeth Dillon, WSBA #50727
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave, Suite 560
Spokane, WA 99201
509-232-6670

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager; and their officers, agents, employees, and successors, <br><br> Defendants. | NO. 2:18-cv-00178-RMP <br><br> NOTICE OF UNAVAILABILITY |

PLEASE TAKE NOTICE that Andrew S. Biviano, attorney for Plaintiff, will be unavailable on the following dates: July 25, 2019 through August 9, 2019.

NOTICE OF UNAVAILABILITY
NO. 2:18-cv-00178• Page 1

PAUKERT & TROPPMANN, PLLC
Attorneys At Law
522 W. Riverside, Suite 560
Spokane, WA 99201
Telephone (509) 232-7760

1 Andrew S. Biviano will not be available for service of documents, to respond to
2 service of documents, nor for participation in any matters scheduled on said dates.

4     DATED: July 10 , 2019.

6                   PAUKERT & TROPPMANN, PLLC

7                   By */s/ Andrew S. Biviano, WSBA #38086*
                     ANDREW S. BIVIANO, WSBA #38086
8                      BREEAN L. BEGGS, WSBA #20795
9                      MARY ELIZABETH DILLON, WSBA #50727

10                   Attorney for Plaintiff

NOTICE OF UNAVAILABILITY
NO. 2:18-cv-00178• Page 2

**PAUKERT & TROPPMANN, PLLC**
Attorneys At Law
522 W. Riverside, Suite 560
Spokane, WA 99201
Telephone (509) 232-7760

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2019, I electronically filed and served a copy of this document using the CM/ECF filing system which will send notification of such filing to the following:

    Patrick McMahon        patm@carlson-mcmahon.org;
    David L. Force           davidf@carlson-mcmahon.org
    715 Washington Street,   FrancescaN@carlson-mcmahon.org
    Wenatchee, WA 98801

    Toby J. Marshall        tmarshall@terrellmarshall.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        *s/Andrew S. Biviano*
                                        Andrew S. Biviano

NOTICE OF UNAVAILABILITY
NO. 2:18-cv-00178• Page 3

**PAUKERT & TROPPMANN, PLLC**
Attorneys At Law
522 W. Riverside, Suite 560
Spokane, WA 99201
Telephone (509) 232-7760