Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER,<br><br>               Plaintiff,<br><br>  vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager, and their officers, agents, employees, and successors,<br><br>               Defendants. | NO. 2:18-cv-00178-RMP<br><br>**NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES**<br><br><br>**(Clerk's Action Required)** |

TO:     ALL PARTIES AND THEIR COUNSEL
AND TO:    THE CLERK OF THE COURT

      Notice is hereby given that the parties to this action have reached an agreement to settle all claims, following mediation initially commencing on January 3, 2020, and ending on January 17, 2020.  The parties will finalize and

NOTICE OF SETTLEMENT OF ALL CLAIMS
AGAINST ALL PARTIES
Page 1

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679

sign a formal settlement agreement and file a proposed stipulated order of dismissal with prejudice within two weeks of today's date. The parties respectfully ask the Court to strike all deadlines in the Jury Trial Scheduling Order. This Notice is being filed with the consent of all parties.

DATED this 17th day of January, 2020.

CARLSON & McMAHON, PLLC         PAUKERT & TROPPMANN, PLLC

By:  /s/ Patrick McMahon
    PATRICK McMAHON
    WSBA #18809
    Attorney for Defendants

BY:  /s/ Andrew S. Biviano
    ANDREW S. BIVIANO
    WSBA #38086
    Attorney for Plaintiff

TERRELL MARSHALL LAW GROUP PLLC

BY:  /s/ Toby J. Marshall
    TOBY J. MARSHALL
    WSBA #32726
    Attorney for Plaintiff

WCRP05-02450\PLE Federal\NOTICE OF SETTLEMENT OF ALL CLAIMS AGAINST ALL PARTIES.1-17-2020

NOTICE OF SETTLEMENT OF ALL CLAIMS
AGAINST ALL PARTIES
Page 2

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679