Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

THE HONORABLE ROSANNA MALOUF PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN COUNTY, WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager, and their officers, agents, employees, and successors,<br><br>Defendants. | NO. 2:18-cv-00178-RMP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

THE ABOVE-ENTITLED ACTION, having been fully settled and compromised between all above-named Defendants and Plaintiff Joshua Brent Stuller, the undersigned attorneys for the respective parties, hereby stipulate to the

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 1

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

entry of an Order of Dismissal with Prejudice as to all parties and issues and without cost or attorney fees to either party.

DATED: 01/31/2020.

CARLSON & McMAHON, PLLC

By:   /s/ Patrick McMahon
    PATRICK McMAHON
    WSBA #18809
    Attorney for Defendants

DATED: 01/31/2020.

PAUKERT & TROPPMANN, PLLC

BY:   /s/ Andrew S. Biviano
    ANDREW S. BIVIANO
    WSBA #38086
    Attorney for Plaintiff

DATED: 01/31/2020.

TERRELL MARSHALL LAW GROUP PLLC

BY:   /s/ Toby J. Marshall
    TOBY J. MARSHALL
    WSBA #32726
    Attorney for Plaintiff

## **O R D E R**

THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of Dismissal with Prejudice as to all parties and claims between all above-named Defendants and Plaintiff Joshua Brent Stuller, and without cost or attorney fees to either party, NOW, THEREFORE,

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 2

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131   Fax (509) 663-0679

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above action be and the same is hereby dismissed with prejudice and without cost or attorney fees to either party.

DONE this _____ day of _____, 2020.

_____
THE HONORABLE ROSANNA MALOUF PETERSON

Presented by:

CARLSON & McMAHON, PLLC



By: __/s/ Patrick McMahon_____
    PATRICK McMAHON, WSBA #18809
    Attorney for Defendants


Approved as to Form and Content;
Notice of Presentation Waived:

PAUKERT & TROPPMANN, PLLC



BY: __/s/ Andrew S. Biviano___
    ANDREW S. BIVIANO
    WSBA #38086
    Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 3

Carlson & McMahon, PLLC
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

Approved as to Form and Content;
Notice of Presentation Waived:

TERRELL MARSHALL LAW GROUP PLLC


BY:  /s/ Toby J. Marshall
     TOBY J. MARSHALL
     WSBA #32726
     Attorney for Plaintiff

WCRP05-02450\PLE Federal\STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE 1/2020

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 4

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

# CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 31, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

>Andrew S. Biviano abiviano@pt-law.com
>Breean L. Beggs bbeggs@pt-law.com
>Mary Elizabeth Dillon bdillon@pt-law.com
>Elizabeth A Adams eadams@terrellmarshall.com
>Toby James Marshall tmarshall@terrellmarshall.com

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

Signed at Wenatchee, Washington on January 31, 2020.

>/s/    Patrick McMahon
>PATRICK MCMAHON, WSBA #18809

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 5

**Carlson & McMahon, PLLC**
715 Washington Street / Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131    Fax (509) 663-0679