FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA BRENT STULLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHELAN COUNTY WASHINGTON; BILL LARSEN, in his official capacity as Interim Director of the Chelan County Regional Justice Center; and LESLIE CARLSON, in her official capacity as the Chelan County Regional Justice Center Mental Health Manager, and their agents, employees, and successors,<br><br>Defendants. | NO: 2:18-CV-178-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 56. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 56**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** January 31, 2020.

                                         *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                           United States District Judge